## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| EUGENE J. KUBAN, | : No. 552 WAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| DIEDRE L. KUBAN, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 18th day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.